RALPH S. CHASE ET AL V. STATE.

No. 30,870. October 28, 1959.

No attorney for appellant of record on appeal.

*Jack M. Fant,* County Attorney, *Owen H. Ellington,* Assistant County Attorney, El Paso, and *Leon Douglas,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This is an appeal in a bail bond forfeiture case.

There is nothing in the record showing that a brief has been filed in this court, as required by the Rules of Civil Procedure. Art. 866, C.C.P.

Failure to comply with the rules requiring the filing of briefs authorizes a dismissal of the appeal for the want of prosecution. Hebert v. State, 158 Texas Cr. Rep. 271, 255 S.W. 2d 201; Dunn v. State, 160 Texas Cr. Rep. 37, 267 S.W. 2d 144; Bell v. State, 244 S.W. 2d 210.

Accordingly, the appeal is dismissed.